1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEITH W. CANDLER,                    No.  2:19-cv-0819 TLN AC P

12                 Plaintiff,

13         v.                              ORDER

14    R. DIAZ, et al.,

15                 Defendants.

16

17         By order filed April 12, 2021, the complaint was screened and found to not state a claim

18    for relief.  ECF No. 8.  Plaintiff was given thirty days to file an amended complaint and cautioned

19    that failure to do so would result in a recommendation that this action be dismissed.  Id. at 6-7.

20    Thirty days have now passed, and plaintiff has not filed an amended complaint or otherwise

21    responded to the court's order.  Plaintiff will be given one final opportunity to file an amended

22    complaint.

23         Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint

24    within twenty-one days of the service of this order.  Failure to do so will result in a

25    recommendation that this action be dismissed without further warning.

26    DATED: June 1, 2021

27                                           _____
                                             ALLISON CLAIRE
28                                           UNITED STATES MAGISTRATE JUDGE