UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH W. CANDLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. DIAZ, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-00819-TLN-AC<br><br><br>**ORDER** |

Plaintiff Keith W. Candler ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 12, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 12.) No timely objections to the findings and recommendations have been filed.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 12, 2021 (ECF No. 12), are ADOPTED IN FULL; and

2. The Complaint is DISMISSED for failure to state a claim for the reasons set forth in the April 12, 2021 Screening Order (ECF No. 8).  *See* L.R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 30, 2021

Troy L. Nunley
United States District Judge